Samuel C. Pulis, Respondent, v. Edward A. Schmidt, Appellant.— Judgment and order affirmed, with costs. No opinion. (Dowling, J., dissenting.)

Lawrence F. Lockridge, Appellant, v. Hypolit J. Raab (sometimes called Hypolit Raab) and George J. Raab (sometimes called George Raab), as Executors, etc., of John Raab, Deceased, and Individually, Respondents.— Judgment affirmed, with costs. No opinion.

Joseph Bovi, Appellant, v. Max Hess and Jacob Hess, Respondents.— Judgment affirmed, with costs, on prevailing opinion in *Bovi* v. *Hess* (123 App. Div. 389). (Dowling, J., dissenting.)

Frank Gersten, Respondent, v. Hurtig & Seamon, Appellant.— Judgment and order affirmed, with costs. No opinion.

The J. L. Mott Iron Works, Respondent, v. William H. Lynch and Others, Impleaded with Leo Sander and Herman L. Bodine, Appellants. — Judgment affirmed, with costs. No opinion.

Jennie Goldstein, Appellant, v. E. Victor Loew, Jr., as Administrator, etc., of Edward V. Loew, Deceased, Respondent.— Judgment affirmed, with costs. No opinion.

Bernard Cox, Respondent, v. Cadillac Hotel Company, Appellant.— Judgment and order affirmed, with costs. No opinion. (Scott and Miller, JJ., dissenting.)

Margaret J. Kirk, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion.

George A. Stearns, Appellant, v. George F. Titus, Respondent, Impleaded with Adolph Oppenheim and Charles Grabe.— Order affirmed, with costs. No opinion.

Helen Quick, as Administratrix, etc., of William F. Quick, Deceased, Respondent, v. American Can Company, Appellant.— Judgment and order affirmed, with costs. No opinion. (Laughlin J., dissenting.)

Charles P. Morrison and Henrietta Lee Morrison, Respondents, v. Hurtig & Seamon, Appellant.— Judgment and order affirmed, with costs. No opinion.

Francis R. Holbrook, Appellant, v. Arthur Kennedy, Respondent.— Order affirmed, with costs. No opinion.